IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DONNA JARETHA DUNAVANT | ) | |
| | ) | No. 1-11-0028 |
| v. | ) | |
| | ) | |
| FRITO LAY, INC. | ) | |

O R D E R

On August 24, 2012, the defendant filed a motion for summary judgment (Docket Entry No. 27).

In accord with the order entered May 1, 2012 (Docket Entry No. 26), the plaintiff shall have until September 14, 2012, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by September 28, 2012, if the response is filed on September 14, 2012.

No other filings in support of or in opposition to the pending motion for summary judgment shall be made except with the express permission of the Honorable Kevin H. Sharp.

Any memoranda in support of or in opposition to the pending motion shall not exceed 25 pages.

The Clerk is directed to forward the file in this case to Judge Sharp for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 27-29), the plaintiff's response to be filed by September 14, 2012, and any reply, if necessary, to be filed no later than September 28, 2012.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge